**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-6308**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ALAND TRACY HALL,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CR-94-92, CA-01-4-7)

───────────

Submitted: April 27, 2001          Decided: May 7, 2001

───────────

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Aland Tracy Hall, Appellant Pro Se. Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Aland Tracy Hall appeals the district court's orders: (1) dismissing without prejudice his 28 U.S.C.A. § 2255 (West Supp. 2000) motion for failure to obtain authorization pursuant to 28 U.S.C.A. § 2244 (West 1994 & Supp. 2000); and (2) denying his motion for reconsideration of that order. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Hall, Nos. CR-94-92; CA-01-4-7 (W.D. Va. Jan. 5 and 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED